**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**DISTRICT OF KANSAS**

Case number (if known): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Phillip**<br>First Name | First Name |
| | | **Eugene**<br>Middle Name | Middle Name |
| | | **Harden**<br>Last Name | Last Name |
| | Bring your picture identification to your meeting with the trustee. | Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First Name | First Name |
| | | Middle Name | Middle Name |
| | | Last Name | Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _8_ _3_ _4_ _7_<br><br>OR<br><br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br><br>OR<br><br>9xx – xx – ___ ___ ___ ___ |

Case 17-10732   Doc# 1   Filed 04/26/17   Page 1 of 26

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

About Debtor 1:

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

**5.** **Where you live**

**1306 Hamilton Dr Unit B**
_____
Number     Street

_____

_____

**Derby          KS      67037**
City          State   ZIP Code

**Sedgwick**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City          State   ZIP Code

If Debtor 2 lives at a different address:

_____
Number     Street

_____

_____

_____
City          State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City          State   ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.  How you will pay the fee**

☑  **I will pay the entire fee when I file my petition.**  Please check with the clerk's office in your local court for more details about how you may pay.  Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order.  If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐  **I need to pay the fee in installments.**  If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐  **I request that my fee be waived**  (You may request this option only if you are filing for Chapter 7.  By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments).  If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

☑  No

☐  Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑  No

☐  Yes.

Debtor _____    Relationship to you _____

| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

Debtor _____    Relationship to you _____

| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11.  Do you rent your residence?**

☐  No.  Go to line 12.

☑  Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

    ☑  No.  Go to line 12.
    ☐  Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
                        Number    Street

_____

_____
City                    State        ZIP Code

Case 17-10732   Doc# 1   Filed 04/26/17   Page 4 of 26

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1 **Phillip Eugene Harden**                                        Case number (if known) _____

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


X **/s/ Phillip Eugene Harden** _____        X _____
Phillip Eugene Harden, Debtor 1                                  Signature of Debtor 2

Executed on **04/26/2017** _____                       Executed on _____
                MM / DD / YYYY                                                          MM / DD / YYYY

| Debtor 1 | **Phillip Eugene Harden** | Case number (if known) |
|---|---|---|

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ January M. Bailey**                           Date **04/26/2017**
Signature of Attorney for Debtor                                 MM / DD / YYYY

**January M. Bailey**
Printed name

**Eron Law Office, P.A.**
Firm Name

**229 E. William, Suite 100**
Number          Street


**Wichita**                                    **KS**          **67202**
City                                            State          ZIP Code


Contact phone   **(316) 262-5500**        Email address **january@eronlaw.net**

**23926**                                      **KS**
Bar number                                     State

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liqudation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   | | |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*-- deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |          |                    |
|---|----------|--------------------|
|   | $1,167   | filing fee         |
| + | $550     | administrative fee |
|   | $1,717   | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## WICHITA DIVISION

In re **Phillip Eugene Harden**                                    Case No. _____

Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................   **$12,000.00**

Prior to the filing of this statement I have received.......................................................   **$12,000.00**

Balance Due...............................................................................................................      **$0.00**

2.  The source of the compensation paid to me was:
    ☑ Debtor               ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor               ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  [Other provisions as needed]

    **$33.00 credit report fee**
    **$335.00 court filing fee**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **a. Defending 707(b) motions;**
   **b. Amending bankruptcy petition and/or supporting documents;**
   **c. Assisting with reaffirmation agreements;**
   **d. Appearing at more than one meeting of creditors;**
   **e. Representation in any lawsuit, adversary proceeding, or contested matter, including defense of any motions for relief from stay, any actions to prevent foreclosure, defense of any turnover motions, litigating any motions to avoid liens, and litigating any dischargeability or denial of discharge matters;**
   **f. Representation in any 2004 examinations or depositions;**
   **g. Any other matter not specifically included in the retainer agreement;**

   **All matters not covered by the flat fee, with the exception of adversary proceedings, are covered by the retainer agreement, which is incorporated herein by reference and available upon request. All additional services will be billed on an hourly basis at the rate of $300/hr for David Eron and $200/hr for January Bailey. An supplemental fee disclosure WILL NOT BE FILED for charges arising from such additional services, as the agreement is being disclosed herein.**

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/26/2017** | **/s/ January M. Bailey** | |
| --- | --- | --- |
| *Date* | *January M. Bailey* | Bar No. 23926 |
| | Eron Law Office, P.A. | |
| | 229 E. William, Suite 100 | |
| | Wichita, KS 67202 | |
| | Phone: (316) 262-5500 / Fax: (316) 262-5559 | |

---

  **/s/ Phillip Eugene Harden**

*Phillip Eugene Harden*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE:   **Phillip Eugene Harden**                          CASE NO

                                                 CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  4/26/2017 _____          Signature   **/s/ Phillip Eugene Harden** _____
                                                                                 ***Phillip Eugene Harden***


Date _____                     Signature _____

Adams Jones Law Firm PA
co Patrick Hughes
1635 Waterfront #200
Wichita KS 67206

Benjamin Garcia
320 N Lark
Wichita KS 67212

Capital One
Attn Bankruptcy
PO Box 30285
Salt Lake City UT 84130

Alexander Mitchell
5838 W 21st St N Ste100
Wichita KS 67205

Blazej Masiak
196 Jackson Peak Drive
Kalispell MT 59901

Carson Bank
122 W Main
PO Box 158
Mulvane KS 67110

Ally Financial
PO Box 380901
Bloomington MN 55438

BMIS LLC
co Lucas McAllaster
503 S St Francis
Wichita KS 67202

Cedar Mills Property Management
8080 E Central Ave Ste 110
Wichita KS 67206

Amarillo National Bank
Attn Debbie Rollins
PO Box 1
Amarillo TX 79105

Broc Fewin
9790 SW Walnut Valley Rd
Augusta KS 67010

Central Key & Safe
305 N Market
Wichita KS 67202

American Builders & Contractors
2559 S Sheridan Ave
Wichita KS 67217

Brock Beran
fdba Beran ICF Solutions LLC
8401 E Oak Knoll
Wichita KS 67210

Charles Darrah
65 W Ranch Trail
Morrison CO 80465

American Pawn
4928 S Broadway
Wichita, KS 67216

Brock Beran
fdba Beran ICF Solutions LLC
8401 E Oak Knoll
Wichita, KS 67210

Chase Card
PO Box 15298
Wilmington DE 19850

Andrew Pickering
200 E Douglas Apt 708
Wichita KS 67202

Brown and Ruprecht PC
co Heather Shore
2323 Grand Boulevard Ste 1100
Kansas City MO 64108

Cheney Door
136 S Lulu
Wichita KS 67211

Answering Exchange
1443 George Washington Dr
Wichita KS 67211

Bruce Swenson
111 N Baltimore
Derby, KS 67037

Chris Harden
2919 N Emerson
Derby, KS 67037

Appliance Doctor
1309 N Mosely
Wichita KS 67214

C&A Investments
4030 S 151st West
Wichita KS 67227

Citibank
Centralized Bankruptcy
PO Box 790040
Saint Louis MO 63129

Bell Mirror & Glass
1702 S Seneca
Wichita KS 67213

Camillion Investments LLC
Dallas Holovach
8833 Cottonwood
Lenexa KS 66215

City of Marion Utilities
208 E Santa Fe
Marion KS 66861

Clean 4 You
344 Oakmont Ct
Andover KS 67002

Dayrl Catron
6410 N Richmond
Wichita KS 67204

Evan Senn
342 N Old Manor Rd
Wichita, KS 67208

Concrete Materials Co
PO Box 16940
Wichita, KS 67216

Don Hamm
3202 Bayview
Wichita KS 67204

Eve Orr
318 17th St
Ogden, UT 84404

Conlee Schmidt & Emerson
co Jeff Emerson
200 W Douglas Ste 300
Wichita, KS 67202

Don Vaughn Inc
PO Box 147
Wichita KS 67201

Fair Oaks 3 LLC
3906 N Lakecrest St
Wichita KS 67205

Contour Landscape
3610 N Topeka
Wichita KS 67219

Drywall Systems Inc
3919 S West Street
Wichita, KS 67217

Fair Oaks 5 LLC
3906 N Lakecrest St
Wichita KS 67205

Corey Traut
1821 Litchfield Ave
Dayton OH 45406

Duane Symaniptz
1125 N Webster St
Naperville IL 60563

Fair Oaks LLC
3906 N Lakecrest St
Wichita KS 67205

Corporation Service Company
PO Box 2576
Springfield, IL 62708

Dynatek Inc
11124 E 28th St N
Wichita KS 67226

Fleeson Gooing
co Thomas Lasater
PO Box 997
Wichita KS 67201

Craig and Linda Hill
718 E Crestline
Andover KS 67002-8432

Edgar Hayes
41420 La Mision Way
Hemet, CA 92544

Frank Zaragoza
11030 Foster Rd
Norwalk CA 90650

Critter Control
3514 Clinton Parkway Ste 405
Lawrence KS 66047

Emprise Bank
PO Box 2970
Wichita KS 67201-2970

Frederick Finke
PSC 37 Box 1343
APO AE 09459

Daniel McLain
158 Meadowbrook Rd
Timberlake NC 27583

Emprise Bank
1719 E Patriot Ave
Derby KS 67037

Fundworks LLC
15260 Ventura Blvd #1430
Sherman Oaks, CA 91403

David Coatoam
312 W 3rd St
Davenport IA 52801

Eric Thornquist
8614 W Westlaw Cir
Wichita KS 67212

Galaxie Business Equipment Inc
913 Main St
Winfield KS 67156

Geo Von LLC
PO Box 147
Wichita KS 67201

Integrated Resources Inc
PO Box 1056
Derby KS 67037

John Crotts
3575 Golden Crest Dr
Garden City KS 67846

Geo Von LLC
1900 N Red Brush Ct
Wichita KS 67206-4425

Internal Revenue Service
PO Box 7346
Philadelphia PA  19101-7346

John Osland
343 Ridgeview Dr
Port Townsend WA 98368

Golden Plains Credit Union
1714 E Kansas Ave
Garden City KS 67846

J Michael Muhlenbruch
2102 Fairway Drive
Dodge City KS 67801

John Terry Moore
8080 E Central Ste 300
Wichita KS 67206

Haddock Law Office LLC
12828 E 13th St N Ste 4
Wichita KS 67230

Jacob Weaver
2059 S Capri Ct
Wichita KS 67207

K/P Growth Holdings LLC
co Kurt Sorenson
PO Box 771376
Wichita KS 67277

Harden Properties LLC
dba RPM Wichita
402 N River, Ste 200
Derby, KS 67037

James and Susan McMillan
3169 W Keywest Ct
Wichita KS 67204

Kahrs Law Offices PA
PO Box 780487
Wichita KS 67278

Harden Rentals LLC
402 N River, Ste 200
Derby, KS 67037

James and Virginia Pierce
9550 N Oliver
Valley Center, KS 67147

Kansas Department of Labor
Attn Legal Services
401 SW Topeka Blvd
Topeka, KS 66603-3182

Hinkle Law Firm LLC
co John Eric Rapp
1617 N Waterfront Pkwy Ste 400
Wichita KS 67206

Jaraya Owens
4409 E 27th St N
Wichita, KS 67220

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601-30058

Hinkle Law Firm LLC
Attn Laura D. Fent
301 N Main, Ste 2000
Wichita, KS 67202

Jeff Moody
9778 Lorraine Carol Way
Lorton VA 22079

Kansas Hearth Products Inc
Fenix Heating Cooling
632 W 7th St
Haysville, KS 67060

Husch Blackwell LLP
Attn Nancy L. Parks
4801 Main Street Ste 1000
Kansas City, MO 64112

Jeffrey Rotter
637 W Sierra Madre Ave
Gilbert AZ 85233

Karen Harden
20046 61st Rd
Winfield KS 67156

HWM Inc
5 North Buhler Rd
Hutchinson, KS 67501

Jody Reilander
11014 Quail Creek Rd
Derby KS 67037

Karen Harden
20046 61st Rd
Winfield, KS 67156

Kenneth Ashworth
315 N Graves Rd
Norton KS 67654

KW Growth Holdings LLC
15215 S 48th St Ste 139
Phoenix AZ 85044

Margaret Graves
800 N Dean
Mount Hope, KS 67108

Kerry Haydon
29408 Via Espada
Murrieta CA 92563

LACFD
9 Rainwood
Aliso Viejo, CA 92656

Mark Lazzo
3500 N Rock Rd
Bldg 300, Ste B
Wichita, KS 67226

Kevin Beckley
PO Box 8690
Prairie Village KS 66208

Larry Beck
PO Box 513
Derby KS 67037

Martindell Swearer Shaffer Rider
co Natasha Riffel-Kuhlmann
20 Compound Drive
PO Box 1907
Hutchinson KS 67504-1907

Kevin Swenson
6800 Kelmscott Drive
Memphis TN 38119

Lewis Street Glass
743 S Market
Wichita KS 67211

Martini, Hughes, Grossman
Attn Jim Hughes
900 Linton Blvd Ste 201
Delray Beach, FL 33444

Keystone Automotive Industries,
3002 W Pawnee Ste 100
Wichita, KS 67213

Liftforward Inc
261 Madison Ave 9th Floor
New York NY 10028

Marvin Morris
2844 N Fountain
Wichita KS 67220

KMA Invs
8833 Cottonwood
Lenexa KS 66215

Lindsey Rohan Esq
8 Lafayette Avenue
Lake Grove NY 11755

Maureen Barnes
18834 Santa Barbara St
Fountain Valley CA 92708

KMA LLC
9080 Gervais Cir Apt 505
Naples FL 34120-4835

Logan Swingle
1220 E Kellogg #103
Wichita, KS 67211

Max Barker
1511 N West St Apt 6
Wichita KS 67203

Korey Zawadski
216 Edgebrook Dr
Pikeville NC 27863

Madden & Orsi
Attn Peter Orsi
300 W Douglas Ste 1000
Wichita, KS 67202

McMillan Seamless Guttering, In
402 N River Ste 200
Derby, KS 67037

Kory Meda
5054 Vestry Ct
Fairfield CA 94534

Malcolm Lee
213 Fiesta Way
Vacaville CA 95688

Meadowlark Holdings LLC
12914 W Harvest Ln
Wichita KS 67235

KP Growth Holdings
402 N River Ste 200
Derby, KS 67037

Marcio Fletes
6237 Gannetdale Dr
Lithia, FL 33547

Mel's Carpet Cleaning
6505 Shadow Lakes St
Wichita KS 67205

Metro Appliance
3545 N Hillside
Wichita KS 67219

Nissan Motor Acceptance Corpora
PO Box 742657
Cincinnati, OH 45274-2657

Platinum Rapid Funding Group Lt
348 RXR Plaza
Uniondale NY 11556

Michael McCullough
11400 Palm Drive
Desert Hot Springs, CA 92240

Nitish Pandhi
1641 Sunset Lane
Fullerton CA 92833

Polsinelli
co Mike George
900 W 48th Place Ste 900
Kansas City, MO 64112

Michael Tacelli
9 Rainwood
Aliso Viejo CA 92656

Nu Line Signs
3310 W Central Ave
Wichita KS 67203

PPG Industries Inc
19699 Progress Drive
Strongsville, OH 44149

Midway Sales & Distributing Inc
218 SE Branner
Topeka, KS 66607

Olander Jones
4105 Bellerive Pl
Valrico FL 33596

Premium Auto Restoration of Der
Attn Connie Merriman
301 N Saint Francis
Wichita, KS 67202

Mike Benward
14702 W Valley Hi Rd
Wichita KS 67235

Osama Musa
16 Laura Lane
Bedminster NJ 07921

Pride Auto Plaza of Derby, LLC
402 N River, Ste 200
Derby, KS 67037

Mike Casados
1801 N Wooddale St
Wichita KS 67230

Padgett Excavation Inc
6936 N Oliver
Kechi KS 67067

Progressive Opportunities
4313 N 119th St W
Maize KS 67101

Morgan Hammond and Carter Way
6613 E Magill
Wichita KS 67206

Pathway Family Services
618 Commerical
Emporia KS 66801

Property Management Business So
579 Heritage Park Blvd Ste 200
Layton UT 84041

Morris Laing
co Karl Swartz
300 N Mead Ste 200
Wichita KS 67202

Perfection Structural Component
co Ron Harnden
2959 N Rock Rd Ste 300
Wichita, KS 67226

Quality Granite & Marble
1123 S West
Wichita, KS 67213

Nathan and Jenny Beenken
1507 Alise
Derby, KS 67037

Pfalzgraf Law Offices
H Douglas Pfalzgraf
522 N Washington
PO Box 668
Wellington KS 67152-0668

Quiktrip Fleet Services
PO Box 639
Portland ME 04210

Nina Choy
823 Redhaven St
Brentwood CA 94513

Phill and Bob Schroeder
1015 E Madison
Derby KS 67037

Rachel Schneider
dba Sparkle House Cleaning
4504 S Ellis
Wichita, KS 67216

Randall and Joan Ott
PO Box 589
Buhler KS 67522

Roto Rooter
801 E Mt Vernon
Wichita KS 67211

Speedy Rentals
1341 S Ellis
Wichita KS 67211


Real Property Management
1455 W 2200 South Ste 300
Salt Lake City UT 84119

RSG LLC
16819 S Dupont Hwy Ste 300
Harrington DE 19952

Supreme Floor Company
117 N Main
Hillsboro KS 67063


Realvision Investments LLC
PO Box 365
Derby KS 67037

Ryan Brown
1401 N River Blvd Apt 2C
Wichita KS 67203

Synchrony Bank
Attn Bankruptcy
PO Box 956060
Orlando FL 32896


Realvision Investments LLC
co Joshua Brown
844 Winding Lane Ct
Derby KS 67037-8774

Sedgwick County Treasurer
PO Box 2961
Wichita KS 67201-2961

T&A Investments LLC
2205 W 32nd St S
Wichita KS 67217


RGBL LLC
5400 N 27th W
Mount Hope KS 67108

Serv Pro of NE Wichita
3225 S Oliver
Wichita KS 67210

TAS Properties Inc
co Tyler J Smith
130 Redbud Lane
Valley Center KS 67147


RGBL LLC
co Robert Griffin Jr
810 N Chestnut St
Frankfort KS 66427

Shane Armour
6101 S 167th St West
Clearwater KS 67026

The Tap of Kansas
620 S Washington St
Wichita KS 67211


Robert Taggart
1705 Valparaiso Ave
Menlo Park CA 94025

Sherwin Williams
1220 N Rock Rd
Derby KS 67037

Thea L Heinrichs
1325 Spring Circle
Haysville KS 67060


Robert's Overdoors
6104 SE Blvd
Derby KS 67037

Signature Pest Control
PO Box 13393
Wichita KS 67213

Timothy Zishka
871 Ibis Walk Pl  N Ste 4401
Saint Petersburg FL 33716


Rohan Mathews
5829 NW 88th St
Oklahoma City OK 73132

Southwest National Bank
PO Box 1257
Wichita KS 67201

Tom George Investments LLC
811 E Waterman St Ste 1
Wichita KS 67202


Ron Meisch
735 Wendy Kay Lane
Mulvane KS 67110

SPA LLC
Vera Robl
5842 W 21st St N
Wichita KS 67205

Tom George Investments LLC
1900 N Red Brush Ct
Wichita KS 67206-4425

Toomey Pilgreen LLC
co Patrick Toomey
229 E William Ste 201
Wichita KS 67202

Walter Spicer
125 W Waller
Rose Hill KS 67133

Total Heating & Cooling
1711 E 2nd St N
Wichita KS 67214

Washer Specialties
PO Box 3268
Wichita KS 67201

Tracy Mackay
548 Emery St
Mulvane KS 67110

Wayne Cuchna Attorney
2425 Durand Dr
Downers Grove IL 60516-1021

Trade Loop Multifamily LLC
co Troy Heard
8314 W Meadow Park
Wichita KS 67205

Wells Fargo Dealer Services
Attn Bankruptcy
PO Box 19657
Irvine CA 92623

Trade Loop Partners LLC
co Troy Heard
8314 W Meadow Park
Wichita KS 67205

Wheat State Credit Union
1400 S Oliver
Wichita KS 67218-2995

Trade Loop Twinhomes
co Troy Heard
8314 W Meadow Park
Wichita KS 67205

Wildcat Rentals LLC
Mike and Susan Mueller
12821 E Killenwood Dr
Wichita KS 67230

Triplett Woolf Garretson LLC
2959 N Rock Rd Ste 300
Wichita KS 67226

Wildcat Rentals LLC
co Doug Kraemer
3153 Ella Lane
Manhattan KS 66502

Ultra Modern
8100 W Kellogg
Wichita KS 67209

Xtreme Lawn & Landscape
PO Box 771057
Wichita KS 67277

US Attorney Wichita
1200 Epic Center
301 N Main
Wichita KS  67202

Young Bogle
co Jerry Bogle
100 N Main Ste 1001
Wichita KS 67202-1322

Valley State Bank
PO Box 428
Belle Plaine KS 67013

Zach Washington
931 E Terrace
Derby KS 67037

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Phillip** | **Eugene** | **Harden** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 122A-1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)

12/15

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

### Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   　　☐ No. Go to line 3.

   　　☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

   　　☐ No. Complete Form 122A-1. Do not submit this supplement.

   　　☐ Yes. Check any one of the following categories that applies:

   　　　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

   　　　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

   　　　　☐ **I am performing a homeland defense activity for at least 90 days.**

   　　　　☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td><td><strong>Check one box only as directed in this form and in Form 122A-1Supp:</strong></td></tr>
</table>

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Phillip** | **Eugene** | **Harden** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

> Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Case 17-10782   Doc# 1   Filed 04/26/17   Page 24 of 26

Debtor 1 **Phillip Eugene Harden**                                     Case number (if known) _____

| | *Column A* | *Column B* |
|---|---|---|
| | **Debtor 1** | **Debtor 2 or non-filing spouse** |

**5.** **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from a business, profession, or farm | _____ | _____ |

**Copy here →** _____    _____

**6.** **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from rental or other real property | _____ | _____ |

**Copy here →** _____    _____

**7.** **Interest, dividends, and royalties**           _____    _____

**8.** **Unemployment compensation**           _____    _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................↓

For you.................................................................... _____

For your spouse.......................................................... _____

**9.** **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.           _____    _____

**10.** **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.    **+** _____   **+** _____

**11.** **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.



**Total current monthly income**

Case 17-10782   Doc# 1   Filed 04/26/17   Page 25 of 26

## Part 2:   Determine Whether the Means Test Applies to You

**12.   Calculate your current monthly income for the year.** Follow these steps:

12a.   Copy your total current monthly income from line 11.......................................................**Copy line 11 here** ➔   12a.   ☐

Multiply by 12 (the number of months in a year).                                                            X      12

12b.   The result is your annual income for this part of the form.                                     12b.   ☐

**13.   Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    ☐

Fill in the number of people in your household.    ☐

Fill in the median family income for your state and size of household.............................................................   13.   ☐

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14.   How do the lines compare?**

14a.   ☐   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b.   ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

## Part 3:   Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Phillip Eugene Harden**                                      X _____
Phillip Eugene Harden, Debtor 1                                        Signature of Debtor 2

Date   **4/26/2017**                                                          Date   _____
       MM / DD / YYYY                                                                  MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.