UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re:                                            )
                                                  )
    PHILLIP EUGENE HARDEN,          )    Case No.
                                                  )
                                    Debtor.          )

**DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE
OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)**

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☑     I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

☐     I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on April 26, 2017 by     *s/Phillip Eugene Harden*    (debtor)