

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

In Re: ) Chapter 7
)
PHILIP EUGENE HARDEN, ) Case No. 17-10732
)
Debtor. )

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
### BY PLATINUM RAPID FUNDING GROUP LTD.

PLEASE TAKE NOTICE that pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, Platinum Rapid Funding Group Ltd. ("Platinum"), a party in interest in the referenced bankruptcy proceeding, requests that all notices given or required to be given and all papers served or required to be served in this case also be provided, electronically or via United States First Class Mail, to Platinum via the address below:

> Platinum Rapid Funding Group Ltd.
> ATTN: John L. Overland, Jr., Esq.
> 348 RXR Plaza
> Uniondale, New York 11556
> joverland@platinumrfg.com

Dated: Uniondale, New York
May 4, 2017

John L. Overland, Jr., Esq.
Assistant General Counsel
Platinum Rapid Funding Group Ltd.
348 RXR Plaza
Uniondale, New York 11556

# CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2017, copies of the foregoing notice of appearance and request for service was sent to the parties below:

January M. Bailey
Eron Law, PA
*Attorneys for debtor Philip Eugene Harden*
229 E. William, Ste 100
Wichita, Kansas 67202

J. Michael Morris
*Trustee*
301 North Main, Suite 1600
Wichita, Kansas 67202

Karl R. Schwartz
Morris, Laing, Evans, Brock, & Kennedy, Chartered
*Attorneys for Emprise Bank*
300 North Mead, Suite 200
Wichita, Kansas 67202-2745

Valerie Smith
PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, Virginia 23541

Thomas J. Lasater
Fleeson, Gooing, Coulson & Kitch, LLC
*Attorneys for American Builders & Contractors Supply Co., Inc.*
P.O. Box 997
Wichita, Kansas 67201

Bruce A, Swenson, Attorney at Law
*Attorney for Kevin Swanson*
P.O. Box 922
Derby, Kansas 67-37

Justin T. Balbierz
Mark J. Lazzo, PA
3500 N. Rock Road
Bldg. 300, Ste. B
Wichita, Kansas 67202

Shannon D. Wead
Foulston Siefkin LP
1551 N. Waterfront Parkway, Ste. 100
Wichita, Kansas 67206-4466

_____
John L. Overland, Jr.