IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
PHILLIP EUGENE HARDEN, ) Case No. 17-10732
) Chapter 7
Debtors(s) )
)

**TRUSTEE'S OBJECTION TO MOTION OF**
**LIFTFORWARD, INC. FOR RELIEF FROM STAY**

J. Michael Morris, trustee and for his objection states:

1.    The motion fails to state the balance owing on the petition date and the date and amount of any payments (if any) received since the filing. See D. Kan. LBR 4001(a).1(d)(2).

2.    The motion also fails to state the number of payments the debtor is in arrears and the amount of each payment, including the total arrearage, on the petition date. See D.Kan.LBR 4001(a).1(d)(3).

3.    Notwithstanding, it appears there is likely equity in the property. The motion itself notes that the property is appraised for tax purposes at $327,000.00. The amount of the original note to the creditor was $206,000.00. Although other parties are shown as having interest in the property, it appears most, if not all, are simply lis pendens liens from pending lawsuits.

4.    Moreover, the property involved appears to be that of Harden Properties LLC and/or McMillan Seamless Guttering Inc. Both of these entities are owned 100% by the debtor and the trustee intends to pursue dissolution proceedings as to these entities under the control of this court.

WHEREFORE, the trustee requests that the motion be denied to the extent set forth above.

KLENDA AUSTERMAN LLC
301 North Main, Suite 1600
Wichita, Kansas 67202
Telephone: (316) 267-0331
Facsimile: (316) 267-0333
jmmorris@klendalaw.com

By: *s/ J. Michael Morris*
    J. Michael Morris # 09292
    Attorney for Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2017 I electronically filed the foregoing Trustee's Limited Objection with the Clerk of the U.S. Bankruptcy Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Shannon D. Wead
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Ste. 100
Wichita, KS 67206

By: */s/ Emily C. Saengerhausen*
    Emily C. Saengerhausen